TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-03-00253-CV






Jim L. Walden, as Next Friend of Ashley G. Walden, a Minor, Appellant



v.



Rex G. Baker, III, Justice of the Peace, Precinct No. 4, Hays County, Texas, Appellee







FROM THE COUNTY COURT AT LAW NO. 1 OF HAYS COUNTY


NO. 7709-C, HONORABLE FRED A. MOORE, JUDGE PRESIDING






O R D E R



PER CURIAM


 Jim L. Walden, as next friend of Ashley Walden, filed a notice of appeal from the
county court at law's judgment denying his petition for writ of mandamus. He filed a motion for
temporary relief ancillary to that appeal. We overrule the motion. To the degree that the motion
requests that we issue a writ of mandamus as relief, we deny that relief. This order should not be
construed as a ruling on the merits of the underlying appeal.

 It is so ordered May 14, 2003.


Before Chief Justice Law, Justices B. A. Smith and Puryear

Do Not Publish